**Gabrielle F. MORRIS, M.D., Appellant,**

v.

**McFARLAND CLINIC, P.C.; and Terry McGeeney, M.D., Appellees.**

No. 06–1964.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 8, 2007.

Filed: Jan. 26, 2007.

Mark D. Sherinian, Sherinian & Walker, West Des Moines, IA, for Appellant.

David Lee Brown, John A. McClintock, Chester Charles Woodburn, III, Hansen & McClintock, Des Moines, IA, for Appellees.

Before LOKEN, Chief Judge, BYE and SHEPHERD, Circuit Judges.

PER CURIAM.

Dr. Gabrielle F. Morris appeals the district court's [1] adverse judgment and imposition of sanctions following a bench trial in this diversity action. Dr. Morris brought suit against the McFarland Clinic and Dr. Terry McGeeney for (1) fraudulent misrepresentation concerning Dr. Morris' ability to obtain an Iowa medical license and (2) breach of contract. In addition to entering judgment against Dr. Morris, the court granted McFarland Clinic and Dr. McGeeney's motion for sanctions in the amount of reasonable attorney fees and expenses incurred in their attempt to obtain production of certain documents provided to Dr. Morris' attorney by the California Medical Board.

Having carefully reviewed the record, including the magistrate judge's thorough and well-reasoned opinion, we find no basis for reversal. *See Tadlock v. Powell*, 291 F.3d 541, 546 (8th Cir.2002) (factual findings reviewed for clear error and legal conclusions reviewed de novo); *Martin v. DaimlerChrysler Corp.*, 251 F.3d 691, 694 (8th Cir.2001) (sanctions reviewed under abuse of discretion standard).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Ross A. Walters, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).